UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lawrence Vonnell Gooding                              Docket No. 4:12-CR-93-1BO

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Vonnell Gooding, who upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 31, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lawrence Vonnell Gooding was released from custody on September 12, 2014, at which time the term of supervised release commenced.

On September 19, 2016, a Violation Report was submitted to the court reporting that the defendant was charged with Possession with Intent to Manufacture, Sell, and Deliver a Schedule III Controlled Substance, Resisting Public Officer, and Larceny in Lenoir County, North Carolina. At that time, the probation officer recommended, and the court agreed, to hold the violation conduct in abeyance pending disposition of the charges, which remain pending in the Lenoir County District Court (16CR052024 and 16CR052025).

On April 4, 2017, a Petition for Action on Supervised Release was submitted to the court reporting that the defendant was charged with Misdemeanor Larceny by the Kinston Police Department in Lenoir County, North Carolina. At that that time, the conditions of release were modified to include successful completion of 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 12, 2017, the defendant submitted to a urinalysis screening, which was confirmed as positive for cocaine by Alere Laboratories on June 19, 2017. Gooding was confronted with the results of this test, at which time he admitted to using crack cocaine. At this time, it is respectfully recommended that the conditions of release be modified to include participation in a substance abuse treatment program and testing, which will continue for the duration of Gooding's term of supervised release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.
2. The defendant must undergo drug testing, including but not limited to urinalysis.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved: | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Robert L. Thornton<br>Supervising U.S. Probation Officer | Kristyn Super<br>U.S. Probation Officer<br>Phone: 910-346-5104<br>Executed On: July 6, 2017 |

Lawrence Vonnell Gooding
Docket No. 4:12-CR-93-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __8__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge